U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 2 0 2005

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### ALEXANDRIA DIVISION

| | |
|---|---|
| GEORGE C. WILLIAMS | CIVIL ACTION NO. 1:04-CV-1976 |
| VS. | SECTION P |
| RANDY MAXWELL, ET AL. | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's Motion for a Temporary Restraining Order [Rec. Doc. 3] is **DENIED and DISMISSED**.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 20TH day of September, 2005.

**DEE D. DRELL**
**UNITED STATES DISTRICT JUDGE**