U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 2 9 2006

ROBERT H. SHEMWELL, CLERK
BY _____
  DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAMS | CIVIL ACTION NO. 04-1976 |
| VERSUS | JUDGE DEE D. DRELL |
| MAXWELL, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's Civil Rights Complaint be and is hereby **DISMISSED, with prejudice.**

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 29 day of December, 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE